UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY - 7 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ABDU AL QADER HUSSAIN AL-
MUDAFARI,

      Petitioner,

      v.

BARACK H. OBAMA, *et al.*,

      Respondents.

Civil Action No. 05-cv-2185 (RCL)

## ~~PROPOSED~~ ORDER GRANTING PETITIONER'S CONSENT MOTION FOR AN EXTENTION OF TIME TO FILE A REPLY MEMORANDUM IN SUPPORT OF HIS MOTION FOR VOLUNTARY DISMISSAL AND CONTINUED ACCESS

Upon consideration of Petitioner's consent motion for an extension of time to file a reply memorandum in support of his Motion for voluntary dismissal of his *habeas corpus* petition and for continued access to counsel pursuant to this Court's Protective Order, the motion for an extension is GRANTED. It is hereby:

ORDERED that Petitioner shall file a reply memorandum in support of Petitioner's Motion for Voluntary Dismissal and Continued Access Pursuant to the Protective Order on or before June 11, 2012.

SO ORDERED.

5/4/12
Date

Royce C. Lamberth
Honorable Royce C. Lamberth
Chief Judge